**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

WILLIAM RYAN,

        Plaintiff,

v.                                                        Case No: 6:19-cv-852-Orl-78LRH

ALLSTATE FIRE AND CASUALTY
INSURANCE COMPANY,

        Defendant.
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Notice of Dismissal Without Prejudice (Doc. 34). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** in Orlando, Florida on October 29, 2019.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record